UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC FLORES,

           Plaintiff,

  v.

UNITED STATES ATTORNEY GENERAL,

           Defendant.

Case No. C15-1653 RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, hereby finds and orders:

1. The Court adopts the Report and Recommendation.

2. This matter will be dismissed without prejudice on January 4, 2016 pursuant to LCR 41(b)(2) unless Plaintiff submits a corrected mailing address to this Court prior to that date.

3. The Clerk shall note a hearing to show cause in this matter on January 4, 2016.

4. The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 23rd day of December, 2015.

                                                    _/s/ Richard A. Jones_
                                                    The Honorable Richard A. Jones
                                                    United States District Court